# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

SHERYL D. MOORE                                                    PLAINTIFF

v.                                    No. 4:23-cv-1221-DPM

UNITED STATES POSTAL SERVICE and
DAVID P. STEINER, in his official
capacity as Postmaster General                             DEFENDANTS

## JUDGMENT

Moore's amended complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

12 May 2026